O

1
2
3
4
5
6
7

8                               UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )
                                         )
11              Plaintiff,               )   SA 08-282-M
                                         )
12       v.                              )   ORDER OF DETENTION AFTER HEARING
                                         )       (18 U.S.C. § 3142(i))
13  CARL ANDREAS WILSON,                 )
                                         )
14              Defendant.               )
                                         )
15

16                                         I.

17     A. ( ) On motion of the Government involving an alleged

18         1. ( ) crime of violence;

19         2. ( ) offense with maximum sentence of life imprisonment or death;

20         3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

21                (21 U.S.C. §§ 801,/951, et. seq.,/955a);

22         4. ( ) felony - defendant convicted of two or more prior offenses described above.

23         5. ( ) offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

24         6. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or

25         possession or use of a firearm or destructive device or other dangerous weapon, or failure to

26         register under 18 U.S.C. § 2250.

27
28

1  B.  On motion (X) (by the Government) / ( ) (by the Court <u>sua sponte</u> involving)

2  1. (X) serious risk defendant will flee;

3  2. ( ) serious risk defendant will

4  a. ( ) obstruct or attempt to obstruct justice;

5  b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

6  II.

7  The Court finds no condition or combination of conditions will reasonable assure:

8  A. (X) appearance of defendant as required; and/or

9  B. ( ) safety of any person or the community;

10  III.

11  The Court has considered:

12  A. (X) the nature and circumstances of the offense;

13  B. (X) the weight of evidence against the defendant;

14  C. (X) the history and characteristics of the defendant;

15  D. ( ) the nature and seriousness of the danger to any person or to the community.

16  IV.

17  The Court concludes:

18  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

19

20  B. (X) History and characteristics indicate a serious risk that defendant will flee because:

21  Defendant has no permanent address, no employment or family ties and no bail resources.

22  He has no ties to the Northern District of Ohio.  He has frequently used an alias.

23  C. ( ) A serious risk exists that defendant will:

24  1. ( ) obstruct or attempt to obstruct justice;

25  2. ( ) threaten, injure or intimidate a witness/ juror; because:

26  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

27  provided in 18 U.S.C. § 3142 (e).

28

1
2      IT IS ORDERED that defendant be detained prior to trial.
3      IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
4  facility separate from persons awaiting or serving sentences or person held pending appeal.
5      IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
6  consultation with his counsel.
7
8
9  Dated:   June 11, 2008
10
11                                        Marc L. Goldman
                                          U.S. Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 3 -                                Page 3 of 3